In the Matter of the Application for a Determination as to the Construction and Effect of Disposition of Property Contained in the Last Will and Testament of PETER A. H. JACKSON, Deceased. HENRY H. JACKSON, JR., and Others, Appellants; STEPHEN HULL JACKSON, as Surviving Executor, etc., of PETER A. H. JACKSON, Deceased, Appellant; BANK OF NEW YORK, as Executor of and Trustee under the Last Will and Testament of ESTHER HULL TREMAIN, Deceased, and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [175 Misc. 882.]